HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
FEDERAL DEFENDERS OFFICE
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
linda_allison@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>  Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>MATTHEW WILLIAMS,   )<br>   )<br>  Defendant.   )<br>   )<br>_____  ) | Case No.  2:20-po-00261-KJN<br><br>APPLICATION FOR AND ORDER<br>APPOINTING COUNSEL |

MATTHEW WILLIAMS, hereby requests appointment of the Office of the Federal Defender, through LINDA C. ALLISON, Assistant Federal Defender, to represent him in this case.

Mr. Williams is being charged with 16 United States Code 559, use of vehicle in off road which damages vegetation.  Mr. Williams appeared before the court for his initial appearance on September 25, 2020.   Mr. Williams indicated that he would like representation and was set for a bench trial on November 9, 2020 at 9:00 a.m.   Counsel has discussed his options with the defendant and has received a financial affidavit and he qualifies for appointment of counsel.

/ / /

/ / /

/ / /

US v. WILLIAMS
APPLICATION FOR AND ORDER APPOINTING COUNSEL

DATED: September 29, 2020

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              /s/ Linda C. Allison
                                              LINDA C. ALLISON
                                              Assistant Federal Defender

## ORDER

Having satisfied the Court that he is unable to employ counsel, the court hereby appoints the Federal Defender's Office pursuant to 18 U.S.C. § 3006A.

Dated:  October 1, 2020

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

US v. WILLIAMS
APPLICATION FOR AND ORDER APPOINTING COUNSEL