MCGREGOR W. SCOTT
United States Attorney
ALSTYN BENNETT
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW WILLIAMS,<br><br>　　　　Defendant. | ) 2:20-po-00261-KJN<br>)<br>) STIPULATION AND ORDER TO<br>) CONTINUE STATUS CONFERENCE AND<br>) BENCH TRIAL<br>)<br>)<br>) DATE:  November 13, 2020<br>) TIME:  9:00 a.m.<br>) JUDGE: Hon. Kendall J. Newman<br>)<br>) |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on November 9, 2020 at 9:00 a.m. and a bench trial on November 13, 2020 at 9:00 a.m.

2. Since the status conference, the Office of the Federal Defender was appointed to represent the defendant, and defense counsel has since requested a continuance for additional time to prepare this case for trial.

3. By this stipulation, the parties now jointly move to continue the status conference to January 5, 2021 at 9:00 a.m. and bench trial to January 8, 2021 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: October 30, 2020          MCGREGOR W. SCOTT
                                 United States Attorney


                            By:  */s/ Alstyn Bennett*
                                 ALSTYN BENNETT
                                 Special Assistant U.S. Attorney


                                 */s/ Linda Allison*
                                 LINDA ALLISON
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 (*Per 10/30/2020 email authorization from Linda Allison*)


**FINDINGS AND ORDER**

IT IS SO ORDERED, that the status conference and bench trial are continued as described above. A status conference is set for January 5, 2021, at 9:00 a.m., and a bench trial is set for January 8, 2021, at 9:00 a.m.

FOUND AND ORDERED.

Dated:  November 2, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE