UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MATTHEW WILLIAMS,<br><br>        Defendant. | 2:20-po-00261-KJN<br><br>ORDER TO DISMISS AND VACATE STATUS CONFERENCE AND BENCH TRIAL<br><br>DATE:  January 5, 2021<br>TIME:  9:00 a.m.<br>JUDGE: Honorable Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00261-KJN with prejudice is GRANTED.

It is further ordered that the status conference scheduled on January 5, 2021, and bench trial on January 8, 2021, is vacated.

IT IS SO ORDERED.

Dated:  December 30, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE